| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | |
|---|---|
| ANDREW CAMERON BAILEY<br>CONSTANCE BAXTER MARLOW<br>153 Western Avenue<br>Glendale, CA 91201<br>Phone: (928) 451-2043<br>Email: andrew@cameronbaxter.net<br>Defendants in pro per | FILED<br>2011 MAY -2 PM 1:03<br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br>BY____ |
| ATTORNEYS FOR: | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| US BANK National Association, as TRUSTEE<br><br>　　　　　　　　　　　　　　Plaintiff(s),<br>v.<br>ANDREW CAMERON BAILEY<br>CONSTANCE BAXTER MARLOW and DOES 1-5,<br>　　　　　　　　　　　　　　Defendant(s) | CASE NUMBER:<br><br>CV11-3770 -GW(Ex)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for _____Andrew Cameron Bailey and Constance Baxter Marlow_____
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**CONNECTION**
(List the names of all such parties and identify their connection and interest.)

U.S. BANK National Association, AS TRUSTEE

____April 30, 2011____　　　　　　　　　　　　　Sign _Andrew ...Bailey (pro per)_
　　　Date　　　　　　　　　　　　　　　　　　　　　　_Constance B. Marlow (pro per)_

　　　　　　　　　　　　　　　　　　　　　　　Attorney of record for or party appearing in pro per