1 **ERIC G. FERNANDEZ (No.269864)**
**LAURIE HOWELL(No.098785)**
2 **TFLG, A Law Corporation**
**2121 2ND STREET, SUITE C105**
3 **DAVIS, CA 95618**
**TELEPHONE: (530) 750-3700**
4 **FACSIMILE: (530) 750-3344**
**eric.fernandez@dre-apc.com**
5
Attorneys for Defendant/Movant
6 U.S. BANK NATIONAL ASSOCIATION,
as Trustee
7

8                 UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10                WESTERN DIVISION - LOS ANGELES

11

| | |
|---|---|
| 12 U.S. BANK N.A., as Trustee, ) | **Case No. 2:11-cv-3770 GW(E)** |
| 13       Plaintiff, ) | **NOTICE OF MOTION AND MOTION TO REMAND CASE TO STATE COURT** |
| 14 vs. ) | Date: 6/21/11<br>Time: 8:30 am |
| 15 ) | Ctrm: 10 |
| ANDREW CAMERON BAILEY and ) | Judge: Hon. George H. Wu |
| 16 CONSTANCE BAXTER MARLOW, ) | ORAL ARGUMENT NOT REQUESTED |
| 17       Defendants. ) | |
| 18 _____ ) | |

19     PLEASE TAKE NOTICE that on June 21, 2011, at 8:30 am, or as

20 soon thereafter as the matter can be heard in Courtroom 10, 2nd

21 floor of the court, located at 312 N. Spring Street, Los Angeles,

22 CA 90012, U.S. BANK NATIONAL ASSOCIATION, as Trustee ("Defendant"),

23 will and hereby does move for an order remanding its unlawful

24 detainer action against ANDREW CAMERON BAILEY and CONSTANCE BAXTER

25 MARLOW ("Plaintiffs") to the Superior Court for the County of Los

26 Angeles, California.

27     This motion is made on the ground that Plaintiffs have

28
**NOTICE OF MOTION AND MOTION TO REMAND**

improperly removed the state court action in that they have not established and cannot establish that this court has subject matter jurisdiction in this case as required by 28 USC 1446.

This motion is based on this Notice, the Memorandum of Points and Authorities filed herewith, the pleadings and records on file herein and on such additional information as may be presented.

Dated: 5/19/11

Respecfully submitted,

TFLG, A Law Corporation

By: /s/ Eric G. Fernandez
ERIC G. FERNANDEZ
Attorney for Plaintiff/Movant
U.S. BANK NATIONAL ASSOCIATION, as Trustee