1  ERIC G. FERNANDEZ (No.269864)
   LAURIE HOWELL(No.098785)
2  TFLG, A Law Corporation
   2121 2ND STREET, SUITE C105
3  DAVIS, CA 95618
   TELEPHONE: (530) 750-3700
4  FACSIMILE: (530) 750-3344
   eric.fernandez@dre-apc.com
5
   Attorneys for Defendant/Movant
6  U.S. BANK NATIONAL ASSOCIATION,
   as Trustee
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10             WESTERN DIVISION - LOS ANGELES

11

12 U.S. BANK N.A., as Trustee,    )  **Case No. 2:11-cv-3770 GW(E)**
                                  )
13          Plaintiff,            )  **PROOF OF SERVICE OF NOTICE OF**
                                  )  **MOTION TO REMAND CASE TO STATE**
   vs.                            )  **COURT**
14                                )  Date:  6/21/11
                                  )  Time:  8:30 am
15 ANDREW CAMERON BAILEY and      )  Ctrm:  10
   CONSTANCE BAXTER MARLOW,       )  Judge: Hon. George H. Wu
16                                )
            Defendants.           )    ORAL ARGUMENT NOT REQUESTED
17                                )
   _____)
18

19      SEE ATTACHED.

20

21

22

23

24

25

26

27

28

   **PROOF OF SERVICE OF MOTION**

1  PROOF OF SERVICE

2      The undersigned declares:

3      I am over the age of 18 years and not a party to the within
4  action; my business address is 2121 2nd Street, Suite C105, Davis,
5  CA 95618. On the date written below, I served a true copy of
6  Notice of Motion and Motion to Remand Case to State Court;
7  Memorandum of Points and Authorities on the parties listed below,
8  by placing same in a sealed envelope, postage fully prepaid, in
9  the United States mail at Davis, California, addressed as
10 follows:

11 Andrew Cameron Bailey
   153 Western Avenue
12 Glendale, CA 91201

13 Constance Baxter Marlow
   153 Western Avenue
14 Glendale, CA 92101

15

16

17     I declare under penalty of perjury that the foregoing is
18 true and correct and that this declaration was executed on May
19 19, 2011, at Davis, CA.

20

21

22                                       /s/ Eric G. Fernandez
                                         Eric G. Fernandez
23

24

25

26

27

28

**PROOF OF SERVICE OF MOTION**                              2