UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-3770-GW(Ex) | Date | June 8, 2011 |
|---|---|---|---|
| Title | *US Bank National Association v. Andrew Cameron Bailey, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    COURT ORDER**

      The Court, on its own motion, continues Plaintiff's Motion to Remand Case to State Court, filed on May 19, 2011, and the Scheduling Conference, presently set for June 23, 2011, to **July 14, 2011 at 8:30 a.m.**

:

Initials of Preparer    JG